004720

Order Issued November _5_, 2012



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-11-01501-CR
No. 05-11-01502-CR

**KEVIN CALDWELL, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 363rd Judicial District Court
Dallas County, Texas
Trial Court Cause Nos. F09-25227-W and F09-72926-W**

# ORDER

Before the Court is the State of Texas's October 31, 2012 Motion for Extension of Time to

File the State's Brief. We **GRANT** the motion. The Clerk is directed to file the brief tendered by

the State on October 31, 2012.

ROBERT M. FILLMORE
PRESIDING JUSTICE